**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA : No. 248 MAL 2015
:
:
:
v. : Petition for Allowance of Appeal from the
: Order of the Superior Court
:
RICKY LYNN HANN, DECEASED AND :
PAUL WEACHTER (BAIL BONDSMAN) :
:
:
:
PETITION OF: PAUL WEACHTER (BAIL :
BONDSMAN) :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 31st day of August, 2015, the Petition for Allowance of Appeal is

**DENIED**.